■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LEGG, Appellant. [919 NYS2d 457]—

Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Román, JJ.